# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795 www.gottlieblaw.net

March 16, 2026

**VIA ECF**

The Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:    *Carlton Knowles v. Therabody, Inc.,*
       Case No.: 1:26-cv-0408-SHS

Dear Judge Stein,

The undersigned represents Carlton Knowles, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Therabody, Inc., ("Defendant"). I respectfully write to request a brief adjournment of the initial conference currently scheduled for March 24, 2026 (Dkt. 6).

Defendant was recently served, and its response to the Complaint is currently due on March 24, 2026, the same date as the scheduled conference. Because Defendant has not yet appeared or responded, the parties have not been able to confer regarding the matters typically addressed at the initial conference.

Accordingly, Plaintiff respectfully requests that the Court adjourn the initial conference to a date convenient for the Court after Defendant's response deadline so that the parties may meet and confer and submit the required materials.

Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Dana L. Gottlieb, Esq.*
Dana L. Gottlieb, Esq.

**The initial conference is adjourned to April 14, 2026, at 2:00 p.m. The conference will take place in Courtroom 23A at 500 Pearl Street, New York, New York.**

Dated: New York, New York
       March 16, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.