UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CARLTON KNOWLES, on behalf of himself and  :        26-cv-408 (SHS)
all other persons similarly situated,

                                      :

                      Plaintiffs,       :        ORDER OF DISMISSAL

                                        :

        -against-

                                        :

THERABODY, INC.,

                                        :

                      Defendant.

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        Plaintiff having filed a notice of settlement dated March 16, 2026 [Doc. No. 11],

        IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by that time.

Dated: New York, New York
       March 16, 2026

                                     SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.